(638 P.2d 998)
No. 52,794

STATE OF KANSAS, *Appellee,* v. DARLENE T. SLEETH, d/b/a TIGER
ISLAND CLUB, *Appellant.*
Petition for review denied March 3, 1982.

Opinion filed
January 14, 1982.

*Charles A. Chartier,* of Junction City, for the appellant.

*David R. Platt,* assistant county attorney, *Steven L. Opat,* county attorney, and
*Robert T. Stephan,* attorney general, for the appellee.

Before FOTH, C.J., SPENCER and MEYER, JJ.

*Per Curiam:* This appeal is from judgment of conviction under
K.S.A. 41-2615, consumption of alcoholic liquor by a minor while
in or on premises licensed under the provisions of K.S.A. 41-2601
*et seq.*

Defendant argues that because the drink which had been
served the minor contained less than 3.2 percent alcohol by
weight, it was not "alcoholic liquor" which had been consumed
on the premises, and the court should have so found.

The term "alcoholic liquor" is defined by K.S.A. 1980 Supp.
41-102(2). The definition excludes beer or cereal malt beverage
containing not more than 3.2 percent alcohol by weight. Defend-
ant suggests therefore that anything containing a lesser amount of
alcohol does not fit the definition. We do not agree, for clearly
every liquid containing alcohol of whatever measurable amount,
capable of being consumed by a human being, exclusive of beer
or cereal malt beverage containing not more than 3.2 percent
alcohol by weight, is "alcoholic liquor" as defined by and re-
ferred to in the Kansas Liquor Control Act.

From our review of the record in this case, we find the judg-
ment of the trial court to be supported by substantial competent
evidence. Other issues specified by defendant have been consid-
ered and are found to be without merit.

Affirmed.